**Opinion issued August 15, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-19-00261-CV

———————————

**AMOS KORYON AND SAMURTAN KORYOUNG, Appellants**

**V.**

**SOUTHCREEK VILLAGE COMMUNITY ASSOCIATION, INC., Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-09536**

---

## MEMORANDUM OPINION

This is an appeal from the trial court's March 6, 2019 final judgment. Appellants' brief was originally due on July 1, 2019. On July 9, 2019, we issued a notice advising appellants that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellants neither timely filed a brief

nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.